UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

George M. Hogans, Sr.
et al.

V.

Mark Burnett Productions
et al.
----------------------------------------X

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/05

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

05 Civ. 4847(SAS)(FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         June 27, 2005

                                  _____
                                  United States District Judge

An initial conference has been scheduled for _____ at 4:30 p.m.
Whether to cancel this conference and re-schedule is left to your discretion.