UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

GEORGE M. HOGANS, : **ORDER OF DISCONTINUANCE**

          Plaintiff, :

    - against - : 05 Civ. 4847 (SAS)

MARK BURNETT PRODUCTIONS, :
INC. and ENTERTAINMENT
PARTNERS, INC., :

          Defendants. :
------------------------------------x

SHIRA A. SCHEINDLIN, U.S.D.J.:

    The parties having notified the Court that they have reached a resolution of this action,

    IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

    The Clerk of the Court is directed to close plaintiff's motion to dismiss (Docket No. 3).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
March 17, 2006

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/20/06]

## _ Appearances -

*For Plaintiff:*

James Vagnini, Esq.
Leeds, Morelli & Brown, P.C.
One Old Country Road, Ste 347
Carle Place, New York 11514
(800) 585-4658